JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN WALTERS, | ) | Case No. EDCV 12-0614-JAK (DTB) |
|       Petitioner, | ) | |
|   vs. | ) | **J U D G M E N T** |
| DAVID LONG, | ) | |
|       Respondent. | ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: January 30, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1