JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARTIN WALTERS,

        Petitioner,

vs.

DAVID LONG,

        Respondent.

Case No. EDCV 12-0614-JAK (DTB)

**J U D G M E N T**

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: January 30, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE